Gary A. Hunt, # 264639
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
Integrated Benefits Administrators, Inc., Agent Pipeline,
Inc., Ryan Kimble and Bobby Lemasters

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KARIMA K. ALI, | Case No.  1:11:CV:01963 AWI DLB |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS INTEGRATED BENEFITS ADMINISTRATORS, INC., AGENT PIPELINE, INC., RYAN KIMBLE, AND BOBBY LEMASTERS TO RESPOND TO COMPLAINT OF PLAINTIFF KARIMA K. ALI** |
| v. | |
| INTEGRATED BENEFITS ADMINISTRATORS, INC., AGENT PIPELINE, INC., RYAN KIMBLE, BOBBY LEMASTERS, HUMANA, INC., | |
| Defendants. | |

WHEREAS, Plaintiff filed the Complaint against Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters, on November 30, 2011;

WHEREAS, Plaintiff served the Complaint on Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters by mail on December 5, 2011;

WHEREAS, Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters' response to Plaintiff's Complaint is currently due on January 3, 2012;

Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble

1 and Bobby Lemasters, through their attorney, and Plaintiff Karina K. Ali, *in propria persona*, stipulate that the date for Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters to respond to Plaintiff's Complaint is extended until January 24, 2012.

Dated: December 29, 2011

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Gary A. Hunt
Gary A. Hunt
Attorneys for Defendants
Integrated Benefits Administrators, Inc.,
Agent Pipeline, Inc., Ryan Kimble and
Bobby Lemasters

Dated: December 29, 2011

Plaintiff, *in propria persona*

By: /s/ Karina K. Ali
Karina K. Ali
Plaintiff, *in propria persona*

### **ORDER**

IT IS SO ORDERED.

Dated:   **January 3, 2012**          /s/ *Dennis L. Beck*
UNITED STATES MAGISTRATE JUDGE

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

00003/00150-1847240.v1

2

STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
1:11:CV:01963