Gary A. Hunt, # 264639
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
5 River Park Place East
Fresno, CA  93720-1501
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendants
Integrated Benefits Administrators, Inc., Agent Pipeline,
Inc., Ryan Kimble and Bobby Lemasters

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI,<br><br>    Plaintiff,<br><br>v.<br><br>INTEGRATED BENEFITS ADMINISTRATORS, INC., AGENT PIPELINE, INC., RYAN KIMBLE, BOBBY LEMASTERS, HUMANA, INC.,<br><br>    Defendants. | Case No.  1:11:CV:01963 AWI DLB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS INTEGRATED BENEFITS ADMINISTRATORS, INC., AGENT PIPELINE, INC., RYAN KIMBLE, AND BOBBY LEMASTERS TO RESPOND TO COMPLAINT OF PLAINTIFF KARIMA K. ALI** |

   WHEREAS, Plaintiff filed the Complaint against Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters, on November 30, 2011;

   WHEREAS, Plaintiff served the Complaint on Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters by mail on December 5, 2011;

   WHEREAS, Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters' response to Plaintiff's Complaint is currently due on January 3, 2012;

   Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble

and Bobby Lemasters, through their attorney, and Plaintiff Karina K. Ali, *in propria persona*, stipulate that the date for Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters to respond to Plaintiff's Complaint is extended until January 24, 2012.

Dated: December 29, 2011          McCORMICK, BARSTOW, SHEPPARD,
                                   WAYTE & CARRUTH LLP


                                  By: /s/ Gary A. Hunt
                                        Gary A. Hunt
                                     Attorneys for Defendants
                                  Integrated Benefits Administrators, Inc.,
                                  Agent Pipeline, Inc., Ryan Kimble and
                                           Bobby Lemasters

Dated: December 29, 2011              Plaintiff, *in propria persona*


                                  By: /s/ Karina K. Ali
                                         Karina K. Ali
                                    Plaintiff, *in propria persona*


**ORDER**

IT IS SO ORDERED.

   Dated:   **January 3, 2012**              /s/ Dennis L. Beck
                                        UNITED STATES MAGISTRATE JUDGE