**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

KARIMA K. ALI,

Plaintiff,

vs.

INTEGRATED BENEFITS ADMINISTRATORS, INC., et al.,

Defendants.
_____________________________________/

CASE NO. CV F 11-1963 AWI DLB
**New Case No. CV F 11-1963 LJO BAM**

**ORDER TO RELATE ACTIONS, TO ASSIGN NEW DISTRICT JUDGE AND MAGISTRATE JUDGE, AND TO REFER MOTION TO MAGISTRATE JUDGE**
(Doc. 14.)

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Karima K. Ali v. Integrated Benefits Administrators, Inc., et al.,* Case No. CV F 11-1889 LJO BAM. The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe with a new **CASE NO. CV F 11-1963 LJO BAM**. All documents shall bear the new **CASE NO. CV F 11-1963 LJO BAM** and the reassignment to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Barbara A. McAuliffe.

This Court further REFERS defendant Humana Inc.'s motion to dismiss (doc. 14) to U.S.

Magistrate Judge Barbara A. McAuliffe to address by way of findings and recommendations. *See* 28 U.S.C. §636(b)(1).

IT IS SO ORDERED.

**Dated: January 4, 2012**

**/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE