# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI, | ) |
| | ) |
| Plaintiff | ) 1:11cv1963 LJO BAM |
| | ) |
| v. | ) |
| | ) |
| AGENT PIPELINE, INC., *et. al.*, | ) ORDER TO RESPOND TO DEFENDANT'S |
| | ) MOTION TO DISMISS |
| Defendant. | ) |

     Plaintiff Karima K. Ali ("Plaintiff") is proceeding in forma pauperis in this matter against Defendants Humana, Inc., Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble, and Bobby Lemasters. (Doc. 1). On December 29, 2011, Defendant Humana, Inc., filed a Motion to Dismiss several of Plaintiff's causes of action. (Doc. 14). Also on December 29, 2011, the parties stipulated to extend the time for Defendants Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble and Bobby Lemasters (collectively "Integrated Benefits") to respond to Plaintiff's complaint. Integrated Benefits response is due on January 24, 2012. (Doc. 15).

     As such, this Court ORDERS Plaintiff, no later than January 31, 2012, to file and serve her opposition to Humana's Motion to Dismiss. If Plaintiff has no opposition to the granting of Humana's Motion to Dismiss, Plaintiff shall serve and file a statement to that effect, specifically designating the motion in question, no later than January 31, 2012. Local Rule 230(c).

///

///

1  **This Court admonishes plaintiff that failure to file and serve a response to the motion
2  to dismiss and to obey this order may be grounds for dismissal of this action.**

4   IT IS SO ORDERED.

5   Dated: **January 11, 2012**          **/s/ Barbara A. McAuliffe**
                                          UNITED STATES MAGISTRATE JUDGE