# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI, | CASE NO. CV F 11-1963 LJO BAM |
| Plaintiff, | **ORDER TO DISMISS ACTION AGAINST CERTAIN DEFENDANTS** (Doc. 6.) |
| vs. | |
| INTEGRATED BENEFITS ADMINISTRATORS, INC., et al., | |
| Defendants. / | |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this action against Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble, and Bobby Lemasters. The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:    January 23, 2012**              /s/ Lawrence J. O'Neill
                                            UNITED STATES DISTRICT JUDGE

1