# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

KARIMA K. ALI,                                    CASE NO. CV F 11-1963 LJO BAM

                    Plaintiff,          **ORDER DISMISSING ACTION**
                                        **FOR FAILURE TO PAY FILING**
     vs.                                **FEE AND COMPLY WITH COURT RULES**

AGENT PIPELINE, INC., et. al,

                    Defendants.
_____/

On November 28, 2011, Plaintiff filed the complaint in this action and attempted to pay the $350 civil filing fee by a personal check.  The Clerk of the Court filed the complaint, and accepted the personal check, but the check subsequently was returned by the bank with insufficient funds for payment.  On December 13, 2011, the Clerk of the Court ordered Plaintiff to pay her civil filing fee of $350 plus a $45.00 returned check processing fee.  *See* 28 U.S.C. § 1914, Local Rule 121(c). Plaintiff did not respond. On January 10, 2012, the Court issued a second notice, again informing Plaintiff of the returned check and advising her to submit payment of $395 made payable to the Clerk, no later than January 31, 2012.  Plaintiff was cautioned that failure to comply with the notice to pay the fee might result in legal action by the Court.  The time for complying with the Court's order has now expired and Plaintiff has failed to pay the requisite filing fee.

Accordingly, IT IS HEREBY ORDERED that this case is DISMISSED for failure to pay the filing fee and comply with Court rules.

IT IS SO ORDERED.

**Dated:    February 2, 2012**              ___/s/ Lawrence J. O'Neill___
                                        UNITED STATES DISTRICT JUDGE

1